Case 1:22-cr-00187-TNM   Document 1-1   Filed

Case: 1:22-mj-00117
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/25/2022
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On May 23, 2022, at approximately 6:25 p.m., Metropolitan Police Department Officers Marcus Harmon and Matthew Zumbrun were patrolling the 2500 block of Ainger Place, SE in Washington, D.C. when they received a lookout in the same area for a black male with a slim build and dreadlocks wearing a white t-shirt with blue jeans who reportedly brandished a gun to the 9-1-1 caller's significant other.

As Officers Harmon and Zumbrun were patrolling, they observed a male matching the lookout description (later identified as James Honesty (Date of Birth: ██/██/1988) hereinafter referred to as Defendant Honesty) walking. After Officer Harmon exited the patrol vehicle, he and Officer Zumbrun attempted to make contact by approaching Defendant Honesty on foot from behind. When Officer Harmon called out to ask a question, Defendant Honesty turned back, looked at the officers, and took flight.

During the chase, Officer Harmon observed Defendant Honesty reach for his waistband near the black crossbody satchel bag he was wearing on his midsection and ultimately produce a firearm in his right hand. Defendant Honesty dropped the firearm on the ground as he turned the corner in front of officers. As Officers Harmon and Zumbrun remained with the gun, Officers Khanh Nguyen and Shane MacNamara continued to chase Defendant Honesty and observed him drop the black satchel bag on the ground shortly before catching up to him. Shortly after officers placed Defendant Honesty under arrest, a woman approached and told officers that Defendant Honesty was her son and was just protecting her.

The firearm Defendant Honesty dropped was later identified as a Springfield Armory XPM-9 9mm semi-automatic handgun with serial number of "HM903633". At the time it was recovered, the firearm was loaded with twenty-one (21) rounds in an extended magazine and one (1) round in the chamber. The black satchel bag contained three (3) vials of phencyclidine (PCP) containing flakes of tobacco leaves, thirty-two (32) grams of a white powdered substance (which field-tested inconclusive), fifty-eight (58) grams of a brown rock like substance that tested positive for opiates and amphetamines, a scale, a small spoon with white powder residue on it, a large quantity of small Ziploc bags, and cash.

Based on the quantity of drugs and the packaging, the drugs seized from the defendant's satchel were more consistent with distribution than with personal use.

A criminal history check of Defendant Honesty revealed that he has prior criminal felony convictions in the Superior Court for the District of Columbia, including Case No. 2009 CF1 25972 and in United States District Court for the District of Maryland, for Carjacking and Possession of an Unregistered Firearm, docket number GLR-8-12-CR-00485-001, wherein he was sentenced to more than 12 months of incarceration. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia, thus the firearm and ammunition in this case traveled in interstate commerce.

_____

OFFICER MARCUS HARMON, BADGE 2760
METROPOLITAN POLICE DEPARTMENT
PHONE: (203) 252-7873

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 25th day of May 2022.*

_____

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE